DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Whitt v. Harris Teeter, Inc.<br><br>Case Below:<br>165 N.C. App. 32 | No. 416A04 | 1. Def's (Harris Teeter) NOA Based on a Dissent (COA03-335)<br><br>2. Def's (Harris Teeter) PDR as to Additional Issues<br><br>3. Plt's Motion to Strike Defendant-Appellant's Reply Brief<br><br>4. Plt's Motion to Withdraw Plaintiff-Appellee's Motion to Strike Defendant Appellant's Reply Brief | 1. ——<br><br>2. Denied **10/06/04**<br><br>3. ——<br><br>4. Allowed 05/04/05 |
| Williams v. N.C. Dep't of Env't & Natural Res.<br><br>Case Below:<br>166 N.C. App. 86 | No. 519P04 | Petitioners' PDR Under N.C.G.S. § 7A-31 (COA03-595) | Denied 05/04/05 |
| Young v. Young<br><br>Case Below:<br>169 N.C. App. 31 | No. 213A05 | 1. Def-Appellee's NOA Based on a Dissent (COA04-438)<br><br>2. Plt-Appellant's PDR Under N.C.G.S. § 7A-31<br><br>3. Defs-Intervenors-Appellees' Motion to Dismiss Plt-Appellant's PDR | 1. ——<br><br>2. ——<br><br>3. Allowed 06/30/05 |
| Zaliagiris v. Zaliagiris<br><br>Case Below:<br>164 N.C. App. 602 | No. 332A04 | 1. Plt's NOA Based Upon a Dissent (COA03-649)<br><br>2. Plt's PDR as to Additional Issues | 1. ——<br><br>2. Denied 06/30/05 |
| Zellers v. McNair<br><br>Case Below:<br>166 N.C. App. 755 | No. 575P04 | Plt's PDR Under N.C.G.S. § 7A-31 (COA03-1429) | Denied 05/04/05 |

## PETITION TO REHEAR

| | | | |
|---|---|---|---|
| Viar v. N.C. Dep't of Transp.<br><br>Case Below:<br>359 N.C. 400 | No. 109A04 | Plt's Petition for Rehearing | Denied 06/30/05 |